IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WILMARIO D. TRUEBLOOD,**

    *Petitioner*,

v.                                            Case No.: 4:20cv560-MW/EMT

**MARK S. INCH, as Secretary
of the Florida Department
of Corrections,**

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 20. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation, ECF No. 20, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, is **DENIED**." A certificate of appealability is

---

[1] This Court previously granted a 60-day extension for Petitioner to file objections. ECF No. 22. The deadline for filing objections was November 15, 2021. *Id*. As of the date of this order, however, no objections have been filed.

**DENIED**. The Clerk shall close the file.

**SO ORDERED on November 29, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
