# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**WILMARIO DEVONDRIC TRUEBLOOD,**

    *Petitioner*,

v.                                     Case No.: 4:20cv560-MW/MAF

**RICKY D. DIXON,**[1]

    *Respondent*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 20, and has also reviewed *de novo* Petitioner's objections, ECF No. 27. This Court notes that Petitioner's objection that his counsel's Rule 3.850 hearing testimony contradicted her motion for psychiatric evaluation is belied by the record, in which defense counsel explained to the court, at the time her motion for a second competency evaluation was pending, that "what [she] wanted was really a mitigation specialist," and she felt like she "really didn't

---

[1] On November 19, 2021, Ricky D. Dixon succeeded Mark S. Inch as the Secretary of the Florida Department of Corrections (FDOC) and is automatically substituted for Inch, in his official capacity, pursuant to Fed. R. Civ. P. 25(d).

have a choice but to [file her motion for a second competency evaluation.]" ECF No. 11-1 at 246-47. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 20, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, is **DENIED**." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on January 20, 2022.**

                                                s/Mark E. Walker  
                                                **Chief United States District Judge**